USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

      -against-

MUHAMMAD AMIR SALEEM,

                Defendant.
------------------------------------------------------------ X

18-CR-274 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS this case has been assigned to the Undersigned, it is hereby ORDERED that all parties shall appear for an arraignment and initial conference on **Thursday, January 2, 2020, at 2:00 p.m.,** in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Dated: December 30, 2019**
      **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**