```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA         :

                        :        18 cr. 274(VEC)

    - v. -                 :

                        :        <u>ORDER</u>

MUHAMMAD AMIR SALEEM,      :

                        :

                 Defendant.   :
------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

      IT IS HEREBY ORDERED that the hearing currently scheduled for

Thursday, January 2, 2020 at 2:00 p.m., will be held in Courtroom 443, 40 Foley

Square.


      SO ORDERED:

Dated:     New York, New York
          January 2, 2020


                        _____
                           VALERIE CAPRONI
                       United States District Judge