USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA

-against-

S3 18-CR-274 (VEC)

MUHAMMAD AMIR SALEEM,

ORDER

Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 2, 2020, the parties appeared for an arraignment with this Court; and

WHEREAS the defendant having pled not guilty to the S3 Indictment;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on **March 6, 2020 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. The Court will exclude time under the Speedy Trial Act between January 2 and March 6, 2020. For the reasons stated on the record during the January 2, 2020 arraignment, the Court finds that the ends of justice outweigh the interests of the public and of the defendant in a speedy trial.

**SO ORDERED.**

**Dated: January 2, 2020
       New York, NY**

                                         **VALERIE CAPRONI
                                            United States District Judge**