USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:      18-CR-274 (VEC)
-against- :
:      ORDER
MUHAMMAD AMIR SALEEM, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference in this matter on March 6, 2020; and

WHEREAS on March 6, 2020, Mr. Peter Katz, counsel for defendant, waived Defendant Muhammad Amir Saleem's apperance before the Court,

IT IS HEREBY ORDERED that, for the reasons stated at the conference,

1. Defendant's pretrial motions are due **April 3, 2020**, with the Government's responses due **April 17, 2020**, and Defendant's replies, if any, due **April 24, 2020.** A hearing on pretrial motions, if needed, will be on **May 6, 2020 at 10:00 a.m.**

2. *Motions in limine* are due **April 10, 2020**, with responses due **April 24, 2020**.

3. Proposed *voir dire* questions and requests to charge are due **April 24, 2020**. Proposed *voir-dire* question should be focused specifically on the facts of this case.

4. If no hearing on pretrial motions is needed, the Final Pretrial Conference will be held on **May 6, 2020 at 10:00 a.m.**

5. Jury selection and trial will begin **May 11, 2020 at 10:00 a.m.**

**SO ORDERED.**

**Date: March 6, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**