```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :         18-CR-274 (VEC)
                                            :
MUHAMMAD AMIR SALEEM,                       :         ORDER
                                            :
                        Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on July 17, 2020, Defendant Muhammad Amir Saleem submitted a motion to relieve Peter Katz and appoint the Federal Public Defender as his counsel;

   WHEREAS on July 17, 2020, Defendant's counsel, Peter Katz, submitted an affirmation in support of Defendant's motion for a change of counsel and requested that the Court appoint counsel to represent Defendant;

   WHEREAS Defendant is currently incarcerated, has no source of income, and has no appreciable savings; and

   WHEREAS Defendant owns an apartment in the United Arab Emirates but represents that the outstanding mortgage on the property is essentially equal to the value of the apartment;

   IT IS HEREBY ORDERED that Peter Katz, Esq., is RELIEVED as counsel for Defendant.

   IT IS FURTHER ORDERED that Federal Defenders of New York are APPOINTED as counsel for Defendant.

**SO ORDERED.**

**Dated: August 20, 2020**
    **New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**