USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

MUHAMMAD AMIR SALEEM and ABDUL
BASIT MOOSANI,

                        Defendants.
------------------------------------------------------------- X

18-CR-274 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 7, 2021, Defendant Muhammad Amir Saleem filed an omnibus pretrial motion (Dkt. 47);

    WHEREAS on January 28, 2021, the Government responded in opposition to Defendant's motion (Dkt. 50);

    WHEREAS Defendant did not file any reply in further support of his motion;

    WHEREAS on April 13, 2021, Defendant notified the Court of his ongoing attempts to reach an alternative disposition of this case and requested that the Court schedule a status conference, at which Defendant may be prepared to change his plea (Dkt. 51); and

    WHEREAS the Court has scheduled a conference for May 4, 2021;

    IT IS HEREBY ORDERED that, to the extent Defendant does not seek to change his plea at the May 4 conference, and to the extent either party believes oral argument on Defendant's

pretrial motions is necessary to the Court's decision on those motions, the Court will permit the parties to engage in limited oral argument at the May 4 conference.

**SO ORDERED.**

**Dated: April 30, 2021**
  **New York, NY**

 _____
 **VALERIE CAPRONI**
 **United States District Judge**