```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:  18-CR-274 (VEC)
-against- :
:  ORDER
MUHAMMAD AMIR SALEEM, :
:
                Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a change-of-plea hearing in this matter on May 25, 2021;

    WHEREAS at the May 25, 2021 hearing, Defendant pled guilty to Count One of the S3 Superseding Indictment; and

    WHEREAS the Court accepted Defendant's guilty plea;

    IT IS HEREBY ORDERED that sentencing is scheduled for **September 23, 2021, at 10 a.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that sentencing submissions from both sides are due not later than **September 9, 2021**.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please

contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

      IT IS FURTHER ORDERED that members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0274#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  May 25, 2021**
      **New York, NY**

      **VALERIE CAPRONI**
      **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.