**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2021

By ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Muhammad Saleem**
     **18 CR 274 (VEC)**

Dear Judge Caproni:

    I write with the consent of the government to request a brief adjournment of Mr. Saleem's sentencing hearing and the accompanying deadlines. To aid in Mr. Saleem's sentencing, our office has retained an expert to conduct a mental health evaluation of Mr. Saleem. A brief adjournment is requested to permit completion of this evaluation in time for consideration at sentencing. Defense counsel is in trial the week of October 4 but would be available the following week on October 15 as well as October 18-22. These dates also work for the government. This is the defense's first request for an adjournment of sentencing and, as noted above, the government does not oppose.

Respectfully submitted,

    /s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc: Benet Kearney
    Assistant United States Attorney
    (by ECF)

Application GRANTED. The September 23, 2021 sentencing is ADJOURNED to **October 20, 2021, at 10:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The parties' sentencing submissions' deadline is extended to **October 6, 2021**.

SO ORDERED.

*[signature]* 9/7/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE