U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/21

September 27, 2021

**BY ECF**

Hon. Valerie E. Caproni
United State District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

           Re: *United States v. Muhammad Amir Saleem*,
               S3 18 Cr. 274

Dear Judge Caproni:

    The Government writes, with consent of counsel for defendant Muhammad Amir Saleem, to request that the sentencing in this matter, which is currently scheduled for October 20, 2021 at 10:00 a.m. be rescheduled. I will be out-of-state from October 19, 2021 through October 21, 2021 and will not be able to participate in the sentencing in person. I have conferred with Ms. Baharanyi; both parties are available October 27, 28, and 29 (with the exception of 11:00 a.m. to 2:00 p.m. on October 29), or can contact the Court in order to select another time.

                      Very truly yours,

                      AUDREY STRAUSS
                      United States Attorney

           by: _____
                    Benet J. Kearney
                    Assistant United States Attorney
                    (212) 637-2260

cc: Zawadi Baharanyi, Esq. (by ECF)

The sentencing hearing currently scheduled for October 20, 2021, at 10:00 a.m. is hereby ADJOURNED until **October 29, 2021, at 3:30 p.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.  Interested members of the public may dial-in using 888-363-4749 // Access Code: 3121171# // Security Code: 0274#.  Those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

Sentencing submissions are due not later than **October 15, 2021.**

SO ORDERED.

*/s/ Valerie Caproni*    9/27/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE