**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 11, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Muhammad Amir Saleem**
     **18 CR 274 (VEC)**

Dear Judge Caproni:

With the consent of the Government, I write to request a 2-day extension of the sentencing submission deadline from October 13, 2021, to October 15, 2021. Defense counsel recently concluded trial (Friday, October 8) and needs additional time to prepare and review the sentencing submission with Mr. Saleem, who is currently incarcerated at the Metropolitan Detention Center in Brooklyn. As noted above, the Government does not oppose this 2-day extension of the submission deadline to Friday, October 15, and will also be prepared to submit its papers at this time.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:  Benet Kearney
     Assistant United States Attorneys

Application GRANTED.

SO ORDERED.

*[signature]*  10/12/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE