```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :      18-CR-274 (VEC)
              -against-                                      :
                                                             :           ORDER
    MUHAMMAD AMIR SALEEM,                                    :
                                                             :
                                   Defendant.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing in this case is scheduled for October 27, 2021, at 3:30 p.m.; and

WHEREAS that date is no longer convenient for the Court;

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 29, 2021, at 3:30 p.m. will instead be held on **November 4, 2021, at 11:00 a.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.

IT IS FURTHER ORDERED that sentencing submissions are due not later than **October 13, 2021**.

IT IS FURTHER ORDERED that interested members of the public may dial-in using 888-363-4749 // Access Code: 3121171# // Security Code: 0274#. Those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please

contact Chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

Date: October 22, 2021
      New York, NY

                                       **VALERIE CAPRONI**
                                  **United States District Judge**