```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

MUHAMMAD AMIR SALEEM,

                        Defendant.

------------------------------------------------------------ X

18-CR-274 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing hearing in this case is scheduled for November 4, 2021, at 11:00 a.m.; and

    WHEREAS that date is not possible for defense counsel;

    IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for November 4, 2021, at 11:00 a.m. will instead be held on **Monday, November 29, 2021, at 2:00 p.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  October 25, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**