```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                    :
                                            :         18-CR-274 (VEC)
    -against-                           :
                                            :         ORDER
MUHAMMAD AMIR SALEEM,                       :
                                            :
                    Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing hearing in this case is scheduled for November 29, 2021, at 2:00 p.m.; and

    WHEREAS an interpreter for Mr. Saleem is not available at that time;

    IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for November 29, 2021, at 2:00 p.m. will instead be held on **Monday, November 29, 2021, at 4:15 p.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, N.Y. 10007.

**SO ORDERED.**

Date: November 29, 2021
      New York, NY

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**