U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/22

June 3, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Muhammad Amir Saleem*, 18 Cr. 274 (VEC)

Dear Judge Caproni:

The Government seeks to file the attached redacted version of its opposition to defendant Muhammed Amir Saleem's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (the "Motion") on the public docket. The proposed redactions fall into two categories: (1) redactions consistent with prior redactions authorized by the Court; and (2) redactions to protect Mr. Saleem's medical information.

Both the Government and the defendant filed sentencing submissions in this case with the Court via email on October 15, 2021. Both parties proposed redactions to be made prior to filing the submissions on the public docket, due to the sensitive nature of certain information contained therein. On October 18, 2021, the Court issued an order authorizing the redacted filings. Certain of the proposed redactions to the instant document were made in an effort to be consistent with these previously-authorized redactions.

The other set of redactions are to information pertaining to the defendant's medical diagnoses or other information pertaining to his medical treatment.

The Government has consulted with Mr. Seidler, who does not object to the proposed redactions.

> Respectfully Submitted,
>
> DAMIAN WILLIAMS
> United States Attorney
>
> by: */s/ Benet J. Kearney*
> Benet J. Kearney
> Assistant United States Attorney
> (212) 637-2260

CC: B. Alan Seidler, by ECF

---

Application GRANTED. The Government may file a redacted version of its response on ECF.

SO ORDERED.

*[signature]*
6/3/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE